IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HUZU, LLC, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV417-0164
 )
NINE LINE APPAREL, INC., )
 )
    Defendant. )
 )

## O R D E R

Before the Court is Plaintiff's Notice of Acceptance of Offer of Judgment. (Doc. 37.) Federal Rule of Civil Procedure 68(a) allows "a party defending against a claim [to] serve on an opposing party an offer to allow judgment on specified terms." If the opposing party accepts the offer of judgment, then "either party may then file the offer and notice of acceptance, plus proof of service." Fed. R. Civ. P. 68(a). Once filed, the Clerk of Court must then enter the judgment as agreed upon by the parties. Id. In this case, Plaintiff agreed to Defendant's offer of judgment and a notice has been properly filed with the Court. Accordingly, the Clerk is **DIRECTED** to **ENTER** judgment

according to the terms agreed upon by the parties.[1] The Clerk is also **DIRECTED** to close this case.

SO ORDERED this 28th day of February 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Plaintiff's Motion to Dismiss Defendant's Counterclaims is **DISMISSED AS MOOT**. (Doc. 29.)